UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AT BOSTON

CAROL THOMAS,

    Plaintiff,

-v-                              CIVIL NO.

DRESSER, INC. – MASONEILAN

    Defendant.

**05-10726 PBS**

TO THE CLERK OF THE ABOVE CAPTIONED COURT:

Your Plaintiff respectfully requests a jury trial.

                              Respectfully submitted:

                              THE PLAINTIFF
                              Carol Thomas
                              By her attorney:

DATED:    April 12, 2005

                              William J. McLeod, BBO/560572
                              McLeod Law Offices, PC
                              77 Franklin Street
                              Boston, MA 02110
                              617-542-2956/phone
                              617-695-2778/fax
                              wjm@mcleodlawoffices.com