UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Carol Thomas
                    Plaintiff,                          CIVIL ACTION
                                                       NO.   05-10726-PBS

            v.

Dresser, Inc. - Masoneilan
                    Defendant.


**NOTICE OF MOTION HEARING**


SARIS, U.S.D.J.                                        July 5, 2005


        TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion
to Stay Proceedings Pending Use of Mandatory Dispute Resolution Program on **July 25, 2005**, at
**3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston,
Massachusetts**.**


                                            By the Court,


                                             /s/ Robert C. Alba
                                            Deputy Clerk


Copies to:  All Counsel