UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL THOMAS,<br>       Plaintiff,<br><br>v.<br><br>DRESSER, INC. - MASONEILAN,<br>       Defendant. | Civil Action No. 05-10726 PBS |

### ASSENTED TO MOTION FOR CONTINUANCE OF HEARING

Defendant, Dresser, Inc. - Masoneilan Division ("Dresser") moves this Court for a continuance of the July 25, 2005 hearing date on Dresser's Motion to Stay Proceedings Pending Use of the Mandatory Dispute Resolution Program. Counsel for Dresser requests this continuance due to a conflict in his schedule on July 25, 2005.

Dresser respectfully requests that the Court schedule the hearing on a future available date, except any date on the week of August 15 – 19, 2005 as counsel will be on vacation during that time.

Counsel for Carol Thomas, William McLeod, assents to this motion. Both parties understand that the Court may continue this hearing to a date in early September.

                                                  Respectfully submitted,

                                                  DRESSER, INC. – MASONEILAN DIVISION
                                                  By its attorneys,

                                                  /s/ Stephen T. Paterniti
                                                  Stephen T. Paterniti (BBO # 564860)
                                                  Kavita M. Goyal (BBO #654013)
                                                  JACKSON LEWIS LLP
                                                  75 Park Plaza, 4th Floor
                                                  Boston, MA 02116
                                                  (617) 367-0025

ASSENTED TO:


/s/ William J. McLeod
William J. McLeod
McLeod Law Offices
77 Franklin Street
Boston, MA  02110
(617) 542-2956