UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Carol Thomas
        Plaintiff(s),        CIVIL ACTION
                                         NO.

    v.

Dresser Inc.-Masoneilan
        Defendant(s).

## NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                               September 27, 2005

      The Motion Hearing re: Motion to Stay Proceedings previously scheduled for October 17, 2005, at 2:30 p.m., has been **rescheduled** to **October 17, 2005, at 3:00 p.m.**

**NOTE: Change is to time only.**

                                                                          By the Court,

                                                                      /s/ Robert C. Alba
                                                                     Deputy Clerk

Copies to:  All Counsel

resched.ntc