UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Carol Thomas
        Plaintiff,        CIVIL ACTION
                              NO.   05-10726-PBS

    v.

Dresser, Inc.- Masoneilan
        Defendant.

## NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                          September 28, 2005

       The Motion Hearing previously rescheduled to October 17, 2005, at 3:00 p.m., has been further **rescheduled** to **October 17, 2005, at 4:30 p.m.**

**NOTE: Change is to time only.**

                                                      By the Court,

                                                        ./s/ Robert C. Alba
                                                      Deputy Clerk

Copies to:  All Counsel

resched.ntc