UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AT BOSTON

_____

CAROL THOMAS,

    Plaintiff,

-v-                                      CIVIL NO. 05-10726 PBS

DRESSER, INC. – MASONEILAN

    Defendant.

_____

**PLAINTIFF'S COUNSEL, WILLIAM J. McLEOD'S**
**MOTION TO WITHDRAW APPEARANCE**

The undersigned respectfully moves to withdraw his appearance on behalf of the Plaintiff. In support of this motion, the undersigned respectfully represents:

The Plaintiff has not cooperated with counsel and the relationship has deteriorated and the undersigned believes he has been terminated by the Plaintiff.

Certification

On October 13, 2005, the undersigned conferred with Defendant's counsel to advise him of the filing of this motion, pursuant to Local Rule 7.1(A)(2)

Respectfully submitted:

DATED:    October 14, 2005                /s/ William J McLeod

William J. McLeod, BBO 560572
McLeod Law Offices, PC
77 Franklin Street
Boston, MA 02110
617-542-2956/phone
617-695-2778/fax

1

2

## Certificate of Service

      I hereby certify that in addition to those parties participating in the Court's ECF system, I have served a true copy of this motion on the Plaintiff via email, and via certified mail, first class, return receipt requested no. 7004 2510 0000 9260 7799, on October 14, 2005:

Carol L. Thomas
88 Spallus Road
Stoughton, MA 02072

                _____/s/William J. McLeod_____