*Carol L. Thomas*
*88 Spallus Road*
*Stoughton, MA 02072*
*(781)344-6337*

July 31, 2006

United States District Court
District of Massachusetts (Boston)
Attention: Judge Patti B. Saris
1 Courthouse Way
Boston, MA 02210

**RE: CIVIL DOCKET FOR CASE#: 1:05-cv-10726-pbs**
**Cause: 42:2000e Job Discrimination (Employment)**

Dear Judge Saris,

This letter is written to inform you that I have been having difficulty retaining another attorney to represent me in this case due to the lien placed by my former attorney William J. McLeod however, I would like to request that this case remain active. I would greatly appreciate any advice or suggestions you may offer.

Thank you in advance for your anticipated understanding and cooperation.

Sincerely,

Carol L. Thomas